■ In the Matter of LYNNED REALTY CORP., Appellant, against WILLIAM E. BOYLAND et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Final order unanimously affirmed, with $20 costs

and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Valente and McNally, JJ.